IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-315-RJC-DCK

| | | |
|---|---|---|
| GAY STEVENS-FRAGALE and RAJEEV SOOD, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| T-MOBILE USA, INC., | ) ) | |
| Defendant. | ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) filed by A. Todd Capitano, concerning Benjamin A. Stone on January 7, 2016. Mr. Benjamin A. Stone seeks to appear as counsel *pro hac vice* for Defendant T-Mobile USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 5) is **GRANTED.** Mr. Benjamin A. Stone is hereby admitted *pro hac vice* to represent Defendant T-Mobile USA, Inc.

**SO ORDERED**.

Signed: January 7, 2016

David C. Keesler
United States Magistrate Judge