IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-315-RJC-DCK

| | |
|---|---|
| GAY STEVENS-FRAGALE and RAJEEV SOOD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| T-MOBILE USA, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Amend Pretrial Order And Case Management Plan" (Document No. 15) filed September 19, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Amend Pretrial Order And Case Management Plan" (Document No. 15) is **GRANTED**. The new deadlines are as follows: Plaintiffs' expert report **- December 1, 2016**; Defendant's expert report **– January 1, 2017**; discovery completion – **February 14, 2017**; mediation report – **February 28, 2017**; dispositive motions – **March 14, 2017**; trial – **June 5, 2017**.

**SO ORDERED**.

Signed: September 19, 2016

David C. Keesler
United States Magistrate Judge