IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-315-RJC-DCK

| | |
|---|---|
| GAY STEVENS-FRAGALE and RAJEEV SOOD, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| T-MOBILE USA, INC., | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, M. Ann Anderson, filed a "Certification Of ADR Session" (Document No. 17) notifying the Court that the parties reached a settlement on January 19, 2017. The Court commends the mediator and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **February 24, 2017**.

Signed: January 24, 2017

David C. Keesler
United States Magistrate Judge